# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00418-CV

**Keith H. Lamy and Keith H. Lamy, M.D., P.A., Appellants**

**v.**

**John Hancock Life & Health Insurance Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-14-001142, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Keith H. Lamy and Keith H. Lamy, M.D., P.A. and John Hancock Life & Health Insurance Company have filed a Joint Motion to Dismiss Appeal asserting that they have settled their differences in this suit. We grant the motion and dismiss this appeal.

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Joint Motion

Filed: May 21, 2015